UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SYLVESTER JAMES MAHONE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOUG WADDINGTON, *et al.*,<br><br>　　　　Defendants. | Case No. C04-5463RJB<br><br>ORDER |

　　　This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Before the court are a number of motions filed by plaintiff. The following outlines the pleadings now ripe for consideration:

　　　1.　　Plaintiff's second motion to extend discovery. (Dkt. # 55 and 58).

　　　2.　　Plaintiff's motion for the addresses of the Tacoma Pro Bono Panel. (Dkt. # 57).

　　　3.　　Plaintiff's motion to modify the pre trial scheduling order. (Dkt. # 59).

　　　On March 8th, 2005 the court denied plaintiff's motion to extend discovery. The court has reviewed that order and finds it was well reasoned and proper. (Dkt. # 54). Plaintiff has engaged in extensive discovery as is evidenced by the numerous sets of interrogatories and responses on file in this case. (Dkt. # 48 and 58). The court views plaintiff's subsequent motions as being motions for

ORDER - 1

reconsideration.  Plaintiff argues the discovery he has received discloses the names of new defendants and he needs to amend his complaint.  Plaintiff has possessed information regarding the persons he claims he now needs to add to this action for a number of months and did not act on it.  Now, only when faced with summary judgement, does plaintiff argue for amendment to add additional defendants.  Plaintiff's pending motions are **DENIED.**  Contrary to plaintiffs assertions the defendants in this action would suffer prejudice by delay in this action and a re-opening of discovery.

The clerk is directed to send copies of this order to plaintiff and counsel for defendants and to remove docket numbers 55, 57, 58, and 59 from the court's calendar.

DATED this 26th day of April, 2005.

*/S/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER - 2