UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SYLVESTER JAMES MAHONE

    Plaintiff,

  v.

DOUG WADDINGTON, *et al.*,

    Defendants.

Case No. C04-5463RJB

ORDER OF CLARIFICATION
ON PENDING MOTIONS

This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). On May 18th, 2005 the court denied plaintiff's motion to file an over length brief. (Dkt. # 9l). At the time the court ruled the court was not aware plaintiff had also filed multiple pleadings in an attempt to supplement his over length brief, (Dkt. # 82 to 89). While the motions had been received in the clerk's office they had not been electronically posted and the court was not aware of the motions at the time it denied the motion to file an over length brief. In light of the May 18th order the pending motions, (Dkt. # 82 to 89) are also **DENIED.**

Currently plaintiff has until June 24th, 2005 to file a pleading that complies with the court rules in opposition to defendants motion for summary judgement. This matter is stayed until June 24th, 2005. (Dkt. # 91)

The clerk is directed to send copies of this order to plaintiff and counsel for defendants.

DATED this 10th day of June, 2005.

                */S/ J. Kelley Arnold*
                J. Kelley Arnold
                United States Magistrate Judge

ORDER - 1