UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SYLVESTER JAMES MAHONE

Plaintiff,

v.                                                  Case No. C04-5463RJB

DOUG WADDINGTON, *et al.*,                          ORDER

Defendants.

   This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B).  Before the court is "plaintiff's second motion and memorandum for counsel." (Dkt. # 97).  This motion was filed on June 14th, 2005, at a time when this action was stayed by order of the court.  The motion will not be considered.  Plaintiff is warned that failure to follow a court order may result in sanctions.  The sanctions could include striking of pleadings, monetary sanctions, or dismissal of this action.

   The clerk is directed to send copies of this order to plaintiff and counsel for defendants and to remove docket number 97 from the court's calendar.

   DATED this 11th day of July, 2005.

                                          /S/ J. Kelley Arnold
                                          J. Kelley Arnold
                                          United States Magistrate Judge

ORDER - 1