UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SYLVESTER JAMES MAHONE,

    Plaintiff,

    v.

DOUG WADDINGTON, *et al.*,

    Defendants.

Case No. C04-5463RJB

ORDER

    This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4.  An Order adopting the court's Report and Recommendation has been entered.  The sole remaining defendant is Mr. Thaut.  As a result of stays and continuances the time for submitting a Joint Status Report has elapsed.  It is hereby ORDERED:

Joint Status Report

    Counsel and *pro se* parties are directed to confer and provide the court with a joint status report by no later than **November 18th, 2005**.  The joint status report shall contain the following information by corresponding paragraph numbers:

    1.  A short and concise statement of the case, including the remaining legal and factual issues to be determined at trial;

ORDER - 1

     2. A narrative written statement from each party setting forth the facts that will be offered by oral or written documentary evidence at trial;

     3. A list of all exhibits to be offered into evidence at trial;

     4. A list of the names and addresses of all the witnesses each party intends to call along with a short summary of anticipated testimony of each witness.

     5. Whether the parties agree to arbitration or mediation under this district's arbitration program, and if so whether the arbitration will be final and conclusive or the right to trial de novo will be preserved (see Local Rule CR 39.1(d));

     6. Whether the case should be bifurcated by trying the liability issues before the damages issues, or specially managed in any other way;

     7. Any other suggestions for shortening or simplifying the trial in this case;

     8. The date the case will be ready for trial, considering Local Rule CR 16 deadlines;

     9. The dates on which trial counsel are unavailable and any other complications to be considered in setting a trial date;

     10. Whether the trial will by jury or non-jury;

     11. The number of trial days required, and suggestions for shortening trial;

     12. The names, addresses, and telephone numbers of all trial counsel and unrepresented (pro se) parties who intend to appear at trial.

If the parties are unable to agree on any part of the report, they may answer in separate paragraphs. **Separate reports are <u>not</u> to be filed**. Plaintiff's counsel (or plaintiff, if *pro se*) will be responsible for initiating communications for the preparation of the joint status report.

The Clerk of Court is directed to send a copy of this Order to plaintiff and to counsel for defendant and to note the **November 18th, 2005** due date on the court's calendar.

DATED this 6th day of September, 2005.

                                            */S/ J. Kelley Arnold*
                                            J. Kelley Arnold
                                            United States Magistrate Judge

ORDER - 2