UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SYLVESTER JAMES MAHONE,

  Plaintiff,

  v.

DOUG WADDINGTON, *et al.*,

  Defendants.

Case No. C04-5463RJB

ORDER

This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Before the court is plaintiff's motion for appointment of counsel, (Dkt. # 117). Defendants oppose the motion. (Dkt. # 116).

There is no right to have counsel appointed in cases brought under 42 U.S.C. § 1983. Although the court, under 28 U.S.C. § 1915(d), can request counsel to represent a party proceeding *in forma pauperis*, the court may do so only in exceptional circumstances. Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986); Franklin v. Murphy, 745 F.2d 1221, 1236 (9th Cir. 1984); Aldabe v. Aldabe, 616 F.2d 1089 (9th Cir. 1980). A finding of exceptional circumstances requires an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues involved. Wilborn, 789 F.2d at 1331.

ORDER - 1

1 | Plaintiff has demonstrated an adequate ability to articulate his claims *pro se*.  Moreover, it
2 | appears that this case does not involve exceptional circumstances which warrant appointment of
3 | counsel.  There are few factual issues remaining and only one defendant.  Accordingly, Plaintiff's
4 | Motion to Appoint Counsel is **DENIED**.

5 | The clerk is directed to send a copy of this order to plaintiff and counsel for defendant's.

8 | DATED this 13th day of October, 2005.

10 | /S/ *J. Kelley Arnold*
    J. Kelley Arnold
11 | United States Magistrate Judge

28 | ORDER - 2