1

2

3

4

5

6

7

8

9                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
10                                  AT TACOMA

11

12    SYLVESTER JAMES MAHONE,

13                    Plaintiff,                    Case No.  C04-5463RJB-JKA

14            v.                                    ORDER AFFIRMING
                                                    MAGISTRATE [JUDGE]
15    DOUG WADDINGTON, *et al.*,                    ARNOLD'S ORDER DENYING
                                                    COUNSEL
16                    Defendants.

17

18        This matter comes before the court on Plaintiff's Objection to Magistrate [Judge] Arnold's

19   Order Denying Counsel (Dkt. 120). The court has considered the pleadings filed in support of and

20   the motion and the file herein.

21                        **I. PROCEDURAL AND FACTUAL BACKGROUND**

22        Plaintiff Sylvester Mahone is a prisoner at the Stafford Creed Corrections Center and

23   brings suit under 42 U.S.C. § 1983. Dkt. 1. Mr. Mahone has filed three separate motions to

24   appoint counsel. Dkt. 71, 97, 117. The first motion was denied as premature, the second motion

25   was stricken because the case had been stayed, and the third motion was denied on the merits

26   because the plaintiff failed to demonstrate exceptional circumstances warranting the appointment

27   of counsel. Dkt. 91 at 2, 102, 119 at 2. The plaintiff now files objections under Federal Rule 72(a)

28   to the denial of his third motion, contending that while he may be able to articulate his claims, he

ORDER AFFIRMING MAGISTRATE [JUDGE] ARNOLD'S ORDER DENYING COUNSEL - 1

1  is unable to bring this case to a full trial himself because of the complexities of trial. Dkt. 120 at 2.

2

3                                    **II. DISCUSSION**

4          Federal Rule 72(a) allows parties to object to orders issued by magistrate judges on

5  nondispositive matters within 10 days of being served with a copy of the order. Fed. R. Civ. Pro.

6  72(a). Such objections are considered by the district judge, who may modify or set aside any

7  portion of the order that is found to be clearly erroneous or contrary to the law. *Id.*

8          In order to demonstrate that exceptional circumstances warrant the appointment of

9  counsel, Mr. Mahone must demonstrate a likelihood that he will succeed on the merits of his

10 claims and that he is unable to articulate his claims *pro se* due to the complexity of the legal

11 issues. *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986). Mr. Mahone's motion

12 contends that his claim has a high probability of success but only if counsel is appointed. Dkt. 117

13 at 5. The motion does not offer any facts about the merits of the case to support this assertion.

14 The only *legal issues* that Mr. Mahone contends are too complex for him to articulate *pro se* are

15 the extent and proximate cause of his injuries. *Id.* Mr. Mahone also contends that the need for

16 discovery contributes to the case's complexity, but that is not the standard for determining a

17 case's legal complexity. *See Wilborn*, 789 F.2d at 1331 ("If all that was required to establish

18 successfully the complexity of the relevant issues was a demonstration of the need for

19 development of further facts, practically all cases would involve complex legal issues."). Mr.

20 Mahone has failed to demonstrate that Magistrate Judge Arnold's determination that the

21 plaintiff's bald assertion that his case has a likelihood of success and that his case is complex

22 because it involves medical questions and the issue of proximate cause is neither clearly erroneous

23 nor contrary to the law. The court should overrule Mr. Mahone's objections and affirm

24 Magistrate Judge Arnold.

25

26

27

28

ORDER AFFIRMING MAGISTRATE [JUDGE] ARNOLD'S ORDER DENYING COUNSEL - 2

1

**III. ORDER**

2     Therefore, it is hereby

3     **ORDERED** that  Plaintiff's Objection to Magistrate Arnold's Order Denying Counsel

4 (Dkt. 120) is **OVERRULED** and Magistrate Judge Arnold's Order Denying Counsel (Dkt. 119)

5 is **AFFIRMED**.

6     The Clerk is directed to send uncertified copies of this Order to all counsel of record and

7 to any party appearing pro se at said party's last known address.

8     DATED this 10th day of November, 2005.

9

10

11                 Robert J. Bryan

12                 United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28